UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:   Keith R. Wheeler　　　　　　　　　　　Case No. 17-26933-TJC
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

**********************************
U.S. Bank Trust National Association as Trustee of Cabana Series III Trust, Movant (SN Servicing Corporation, Servicer)

vs.

Keith R. Wheeler, Debtor
Robin C. Wheeler, Non-Filing Co-Debtor
　　　　　　　Respondent(s)

### NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered <u>March 14, 2019</u>, in the following manner:

The Debtor should have paid regular monthly payments in the amount of $1,183.48 per month for the months of <u>April 2019 through June 2019</u>. The debtor has paid $0.00. The amount necessary to cure the default is therefore $3,650.44, which includes attorney's fees and costs in the amount of $100.00. **All subsequent payments and late charges that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of <u>Prince George's County</u>, Maryland, and which is secured by the property of the Debtors at **1707 Walkus Court, District Heights, Maryland 20747**, unless the default noted is cured within ten

18-604270

(10) days from the date this notice is filed.    The Consent Order applies to proceedings for possession of the property after foreclosure.

Signed and mailed this 25th day of June, 2019.

Respectfully submitted:

*/s/ Elizabeth M. Burlington, Esq.*
Elizabeth M. Burlington, Esq.
Attorney for Movant
Bar No. 10209
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

18-604270

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, Maryland  21046
cmecf@chapter13maryland.com

Harris S Ammerman
Ammerman & Goldberg
1115 Massachusetts Avenue, NW
Washington, D.C.  20005
hsabankruptcy@aol.com


I hereby further certify that on the 25th day of June, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:


Keith R. Wheeler
1707 Walkus Court
District Heights, Maryland  20747
(Via U.S Mail)

Robin C. Wheeler
1707 Walkus Court
District Heights, Maryland  20747
(Via U.S Mail)

                                                                                      */s/ Elizabeth M. Burlington, Esq.*
                                                                                       Elizabeth M. Burlington, Esq.